CASA LOMA SPRINGS LAND DEVELOPING COMPANY, A CORPORATION, JOINED BY E. E. SWENSON, *Petitioners*, v. BREVARD COUNTY, FLORIDA, BY E. C. JOHNSON, JOHN B. RODES, GEO. G. BROCKETT, P. W. ROBERTS, AND JOHN E. REED, COUNTY COMMISSIONERS OF SAID COUNTY, AND THE STATE ROAD DEPARTMENT OF THE STATE OF FLORIDA, *Respondents*.

Decision Filed August 11, 1926.

Petition for rehearing denied November 9, 1926.

A Writ of Certiorari to the Circuit Court for Brevard County; W. W. Wright, Judge.

*Shepard & Wahl*, for Petitioners;

*B. A. Meginnis* and *M. B. Smith*, for Respondents.

PER CURIAM.—The order herein in condemnation proceedings authorizing the entry upon lands and the construction of a public highway thereon before compensation therefor has been ascertained by a jury of twelve men as required by the Constitution is quashed on the authority of Spafford v. Brevard County *et al.*, this day filed.

BROWN, C. J., AND WHITFIELD, ELLIS, STRUM AND BUFORD, J. J., concur.

TERRELL, J., not participating.